entered October 5, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Decedent, an engineer upon one of defendant's locomotives hauling a freight train was killed in a collision with another freight train which occurred in the Auburn yard of the defendant.

*William E. Fitzsimmons* and *A. M. Sperry* for appellant. *H. D. Noble, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CITY OF NEW YORK, Appellant, *v.* THE CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Respondent.

*New York city — streets — water works — action to compel removal from streets of water mains of private water supply company.*

*City of New York* v. *Citizens Water Supply Co. of Newtown*, 204 App. Div. 783, affirmed.

(Argued January 15, 1924; decided February 19, 1924.)

APPEAL from a judgment, entered May 9, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. This action was in equity to settle the question of absence of franchise right in the defendant to use certain designated streets and highways in wards 3 and 4 of the borough of Queens, city of New York, for its mains and pipes; to settle the legality of such use; to enjoin the defendant from using and occupying said streets and highways; to have said mains and pipes declared the property of the city of New York, and also to command the defendant to remove said mains and pipes from the streets and avenues aforesaid, unless it obtains a legal franchise to so use said streets and mains.

*George P. Nicholson, Corporation Counsel (James A. Donnelly and Joseph P. Morrissey* of counsel), for appellant.

*Samuel F. Moran* and *John D. Monroe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GAETANO PARELLA, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People* v. *Parella,* 203 App. Div. 872, affirmed.

(Submitted January 15, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 27, 1922, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the second degree.

*Louis J. Capozzoli* and *Herbert N. Warbasse* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NEIL MEILE, Appellant.

*Crimes — attempted sodomy — judgment of conviction affirmed.*

*People* v. *Meile,* 207 App. Div. 856, affirmed.

(Submitted January 15, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 2, 1923, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of attempted sodomy.